Local Form 1007



2019 APR 24 PM 12: 22

US BANKRUPTCY COURT
EASTERN DISTRICT OF WI

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re Sonya Lisette Gates

Debtor(s).

Chapter 7

Case No. 19-23326-beh

**PAYMENT ADVICE COVER SHEET**

*Please check the appropriate box*

**For Debtor:**

- [x] Payment advices (pay stubs) for the 60 days prior to the petition are attached. (Please redact social security numbers and any other information restricted by applicable privacy regulations)
- [ ] No payment advices (pay stubs) are attached (the debtor received no income or payment from any employer during the 60 days prior to filing the bankruptcy petition).
- [ ] No payment advices (pay stubs) attached for other reason, or some payment advices are missing (please explain).

**For Joint Debtor, if applicable:**

- [ ] Payment advices (pay stubs) for the 60 days prior to the petition are attached. (Please redact social security numbers and any other information restricted by applicable privacy regulations)
- [ ] No payment advices (pay stubs) are attached (the debtor received no income or payment from any employer during the 60 days prior to filing the bankruptcy petition).
- [ ] No payment advices (pay stubs) attached for other reason, or some payment advices are missing (please explain).

Dated: April 24, 2019

Sonya L. Gates
~~Attorney for Debtor~~
or Debtor if not represented by an attorney

______________________________
Joint Debtor if not represented by an attorney



The County of Milwaukee
901 N. 9th St, Rm 203

Milwaukee, WI 53233

**CHECK NO:** A10515
**PAGE NUMBER:** 1 of 1
**CHECK DATE:** 12/27/2018
**PERIOD BEG/END:** 12/02/2018 - 12/15/2018
**PAY FREQUENCY:** BI-WEEKLY

GATES,SONYA L
5744 N 69TH ST
MILWAUKEE, WI 53218

**ID NUMBER:** 2841133041
**BASE RATE:** 22.1299

| | STATUS | EXEMPT |
|---|---|---|
| FED: | MARRIED | 3 |
| ST1: | M | 3 |
| ST2: | | |

**TAX ADJUSTMENTS:**
FED: ST1:
DI / UC:
LOCAL: ST2:

**STATE AND LOCAL CODES**
PRI: WI LOC1: LOC3:
SEC: LOC2: LOC4:
LOC5:

IMPORTANT MESSAGE

HOURS AND EARNINGS

| DESCRIPTION | RATE | HOURS | EARNINGS |
|---|---|---|---|
| **CURRENT EARNINGS** | | | |
| REGULAR | 22.1299 | 76.00 | 1,681.87 |
| HOL USED | 22.1299 | 4.00 | 88.52 |
| **TOTAL CURRENT HOURS/EARNINGS** | | **80.00** | **1,770.39** |
| **YEAR-TO-DATE EARNINGS** | | | |
| REGULAR | | 386.50 | 8,553.20 |
| HOL ACCRUED | | 22.50 | .00 |
| HOL PAID | | 9.50 | 210.24 |
| HOL USED | | 4.00 | 88.52 |
| MEDOPT SUPPTX | | | 500.00 |
| **TOTAL YEAR-TO-DATE HOURS/EARNINGS** | | **422.50** | **9,351.96** |

TAXES AND DEDUCTIONS

| DESCRIPTION | CUR AMT | YTD AMT |
|---|---|---|
| SO SEC TAX | 109.48 | 578.68 |
| MEDICARE TAX | 25.61 | 135.34 |
| FED INC TAX | 70.76 | 466.26 |
| PRI-STATE TAX | 79.17 | 426.90 |
| **TOTAL TAXES** | **285.02** | **1,607.18** |

SPECIAL INFORMATION

| DESCRIPTION | AMOUNT |
|---|---|
| FURLOUGH BALANCE | .00 |
| HOL BALANCE | 18.50 |
| PERS BALANCE | 8.00 |
| SICK BALANCE | |
| VAC BALANCE | 14.00 |

PRE-TAX ITEMS

| DESCRIPTION | CUR AMT | YTD AMT |
|---|---|---|
| BUS PASS PROG | -4.62 | -18.48 |
| PENSION CONTR | -115.08 | -575.40 |
| 457 DEFR PLAN | -20.00 | -80.00 |
| **TOTAL PRE-TAX ITEMS** | **-139.70** | **-673.88** |

CURRENT NET PAY DISTRIBUTION

| | |
|---|---|
| XXXXXXXXXXXXX0028 | 1,345.67 |
| CHECK AMOUNT | .00 |
| **TOTAL CURRENT NET PAY** | **1,345.67** |

| | GROSS | PRE-TAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 1,770.39 | -139.70 | 1,630.69 | 285.02 | .00 | 1,345.67 |
| Y-T-D | 9,351.96 | -673.88 | 8,678.08 | 1,607.18 | .00 | 7,070.90 |

© 2019 Ceridian Corporation. All rights reserved.



The County of Milwaukee
901 N. 9th St, Rm 203
Milwaukee, WI 53233

**CHECK NO:** A18440
**PAGE NUMBER:** 1 of 1
**CHECK DATE:** 1/24/2019
**PERIOD BEG/END:** 12/30/2018 - 01/12/2019
**PAY FREQUENCY:** BI-WEEKLY

GATES,SONYA L
5744 N 69TH ST
MILWAUKEE, WI 53218

**ID NUMBER:** 2841133041
**BASE RATE:** 22.1299

| | STATUS | EXEMPT |
|---|---|---|
| FED: | MARRIED | 3 |
| ST1: | M | 3 |
| ST2: | | |

**TAX ADJUSTMENTS:**
FED: ST1:
DI / UC:
LOCAL: ST2:

**STATE AND LOCAL CODES**
PRI: WI LOC1: LOC3:
SEC: LOC2: LOC4:
LOC5:

IMPORTANT MESSAGE

HOURS AND EARNINGS

| DESCRIPTION | RATE | HOURS | EARNINGS |
|---|---|---|---|
| **CURRENT EARNINGS** | | | |
| REGULAR | 22.1299 | 64.00 | 1,416.31 |
| HOL PAID | 22.1299 | 8.00 | 177.04 |
| VACATION PAY | 22.1299 | 8.00 | 177.04 |
| **TOTAL CURRENT HOURS/EARNINGS** | | **80.00** | **1,770.39** |
| **YEAR-TO-DATE EARNINGS** | | | |
| REGULAR | | 128.00 | 2,832.62 |
| HOL PAID | | 16.00 | 354.08 |
| VACATION PAY | | 8.00 | 177.04 |
| PERSONAL | | 8.00 | 177.04 |
| **TOTAL YEAR-TO-DATE HOURS/EARNINGS** | | **160.00** | **3,540.78** |

TAXES AND DEDUCTIONS

| DESCRIPTION | CUR AMT | YTD AMT |
|---|---|---|
| SO SEC TAX | 107.57 | 215.14 |
| MEDICARE TAX | 25.16 | 50.32 |
| FED INC TAX | 67.68 | 135.36 |
| PRI-STATE TAX | 76.85 | 153.70 |
| **TOTAL TAXES** | **277.26** | **554.52** |

SPECIAL INFORMATION

| DESCRIPTION | AMOUNT |
|---|---|
| FURLOUGH BALANCE | .00 |
| HOL BALANCE | 18.50 |
| PERS BALANCE | 24.00 |
| SICK BALANCE | |
| VAC BALANCE | 86.00 |

PRE-TAX ITEMS

| DESCRIPTION | CUR AMT | YTD AMT |
|---|---|---|
| BUS PASS PROG | -4.62 | -9.24 |
| FLEX SPENDING | -30.77 | -61.54 |
| PENSION CONTR | -115.08 | -230.16 |
| 457 DEFR PLAN | -20.00 | -40.00 |
| **TOTAL PRE-TAX ITEMS** | **-170.47** | **-340.94** |

CURRENT NET PAY DISTRIBUTION

| | |
|---|---|
| XXXXXXXXXXXX0028 | 1,322.66 |
| CHECK AMOUNT | .00 |
| **TOTAL CURRENT NET PAY** | **1,322.66** |

| | GROSS | PRE-TAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 1,770.39 | -170.47 | 1,599.92 | 277.26 | .00 | 1,322.66 |
| Y-T-D | 3,540.78 | -340.94 | 3,199.84 | 554.52 | .00 | 2,645.32 |

© 2019 Ceridian Corporation. All rights reserved.



The County of Milwaukee
901 N. 9th St, Rm 203

Milwaukee, WI 53233

**CHECK NO:** A22273
**PAGE NUMBER:** 1 of 1
**CHECK DATE:** 2/7/2019
**PERIOD BEG/END:** 01/13/2019 - 01/26/2019
**PAY FREQUENCY:** BI-WEEKLY

GATES,SONYA L
5744 N 69TH ST
MILWAUKEE, WI 53218

**ID NUMBER:** 2841133041
**BASE RATE:** 22.1299

| | STATUS | EXEMPT |
|---|---|---|
| FED: | MARRIED | 3 |
| ST1: | M | 3 |
| ST2: | | |

**TAX ADJUSTMENTS:**
FED: ST1:
DI / UC:
LOCAL: ST2:

**STATE AND LOCAL CODES**
PRI: WI LOC1: LOC3:
SEC: LOC2: LOC4:
LOC5:

IMPORTANT MESSAGE

HOURS AND EARNINGS

| DESCRIPTION | RATE | HOURS | EARNINGS |
|---|---|---|---|
| **CURRENT EARNINGS** | | | |
| REGULAR | 22.1299 | 68.00 | 1,504.83 |
| HOL PAID | 22.1299 | 8.00 | 177.04 |
| HOL USED | 22.1299 | 4.00 | 88.52 |
| **TOTAL CURRENT HOURS/EARNINGS** | | **80.00** | **1,770.39** |
| **YEAR-TO-DATE EARNINGS** | | | |
| REGULAR | | 196.00 | 4,337.45 |
| HOL PAID | | 24.00 | 531.12 |
| HOL USED | | 4.00 | 88.52 |
| VACATION PAY | | 8.00 | 177.04 |
| PERSONAL | | 8.00 | 177.04 |
| **TOTAL YEAR-TO-DATE HOURS/EARNINGS** | | **240.00** | **5,311.17** |

TAXES AND DEDUCTIONS

| DESCRIPTION | CUR AMT | YTD AMT |
|---|---|---|
| SO SEC TAX | 107.57 | 322.71 |
| MEDICARE TAX | 25.15 | 75.47 |
| FED INC TAX | 66.15 | 201.51 |
| PRI-STATE TAX | 76.85 | 230.55 |
| **TOTAL TAXES** | **275.72** | **830.24** |

SPECIAL INFORMATION

| DESCRIPTION | AMOUNT |
|---|---|
| FURLOUGH BALANCE | .00 |
| HOL BALANCE | 14.50 |
| PERS BALANCE | 24.00 |
| SICK BALANCE | |
| VAC BALANCE | 86.00 |

PRE-TAX ITEMS

| DESCRIPTION | CUR AMT | YTD AMT |
|---|---|---|
| BUS PASS PROG | -4.62 | -13.86 |
| FLEX SPENDING | -30.77 | -92.31 |
| PENSION CONTR | -115.08 | -345.24 |
| 457 DEFR PLAN | -20.00 | -60.00 |
| **TOTAL PRE-TAX ITEMS** | **-170.47** | **-511.41** |

CURRENT NET PAY DISTRIBUTION

| | |
|---|---|
| XXXXXXXXXXXXX0028 | 1,324.20 |
| CHECK AMOUNT | .00 |
| **TOTAL CURRENT NET PAY** | **1,324.20** |

| | GROSS | PRE-TAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 1,770.39 | -170.47 | 1,599.92 | 275.72 | .00 | 1,324.20 |
| Y-T-D | 5,311.17 | -511.41 | 4,799.76 | 830.24 | .00 | 3,969.52 |

© 2019 Ceridian Corporation. All rights reserved.



The County of Milwaukee
901 N. 9th St, Rm 203
Milwaukee, WI 53233

**CHECK NO:** A26118
**PAGE NUMBER:** 1 of 1
**CHECK DATE:** 2/21/2019
**PERIOD BEG/END:** 01/27/2019 - 02/09/2019
**PAY FREQUENCY:** BI-WEEKLY

GATES,SONYA L
5744 N 69TH ST
MILWAUKEE, WI 53218

**ID NUMBER:** 2841133041
**BASE RATE:** 22.1299

| | STATUS | EXEMPT |
|---|---|---|
| FED: | MARRIED | 3 |
| ST1: | M | 3 |
| ST2: | | |

**TAX ADJUSTMENTS:**
FED: ST1:
DI / UC:
LOCAL: ST2:

**STATE AND LOCAL CODES**
PRI: WI LOC1: LOC3:
SEC: LOC2: LOC4:
LOC5:

IMPORTANT MESSAGE

**HOURS AND EARNINGS**

| DESCRIPTION | RATE | HOURS | EARNINGS |
|---|---|---|---|
| **CURRENT EARNINGS** | | | |
| REGULAR | 22.1299 | 55.50 | 1,228.21 |
| HOL USED | 22.1299 | .50 | 11.06 |
| MISC PD LEAVE | 22.1299 | 24.00 | 531.12 |
| **TOTAL CURRENT HOURS/EARNINGS** | | **80.00** | **1,770.39** |
| **YEAR-TO-DATE EARNINGS** | | | |
| REGULAR | | 251.50 | 5,565.66 |
| HOL PAID | | 24.00 | 531.12 |
| HOL USED | | 4.50 | 99.58 |
| VACATION PAY | | 8.00 | 177.04 |
| PERSONAL | | 8.00 | 177.04 |
| MISC PD LEAVE | | 24.00 | 531.12 |
| **TOTAL YEAR-TO-DATE HOURS/EARNINGS** | | **320.00** | **7,081.56** |

**TAXES AND DEDUCTIONS**

| DESCRIPTION | CUR AMT | YTD AMT |
|---|---|---|
| SO SEC TAX | 107.57 | 430.28 |
| MEDICARE TAX | 25.16 | 100.63 |
| FED INC TAX | 66.15 | 267.66 |
| PRI-STATE TAX | 76.85 | 307.40 |
| **TOTAL TAXES** | **275.73** | **1,105.97** |

**SPECIAL INFORMATION**

| DESCRIPTION | AMOUNT |
|---|---|
| FURLOUGH BALANCE | .00 |
| HOL BALANCE | 14.00 |
| PERS BALANCE | 24.00 |
| SICK BALANCE | |
| VAC BALANCE | 86.00 |

**PRE-TAX ITEMS**

| DESCRIPTION | CUR AMT | YTD AMT |
|---|---|---|
| BUS PASS PROG | -4.62 | -18.48 |
| FLEX SPENDING | -30.77 | -123.08 |
| PENSION CONTR | -115.08 | -460.32 |
| 457 DEFR PLAN | -20.00 | -80.00 |
| **TOTAL PRE-TAX ITEMS** | **-170.47** | **-681.88** |

**CURRENT NET PAY DISTRIBUTION**

| | |
|---|---|
| XXXXXXXXXXXXX0028 | 1,324.19 |
| CHECK AMOUNT | .00 |
| **TOTAL CURRENT NET PAY** | **1,324.19** |

| | GROSS | PRE-TAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 1,770.39 | -170.47 | 1,599.92 | 275.73 | .00 | 1,324.19 |
| Y-T-D | 7,081.56 | -681.88 | 6,399.68 | 1,105.97 | .00 | 5,293.71 |

© 2019 Ceridian Corporation. All rights reserved.



The County of Milwaukee
901 N. 9th St, Rm 203

Milwaukee, WI 53233

**CHECK NO:** A30047
**PAGE NUMBER:** 1 of 1
**CHECK DATE:** 3/7/2019
**PERIOD BEG/END:** 02/10/2019 - 02/23/2019
**PAY FREQUENCY:** BI-WEEKLY

GATES,SONYA L
5744 N 69TH ST
MILWAUKEE, WI 53218

**ID NUMBER:** 2841133041
**BASE RATE:** 22.1299

| | STATUS | EXEMPT |
|---|---|---|
| FED: | MARRIED | 3 |
| ST1: | M | 3 |
| ST2: | | |

**TAX ADJUSTMENTS:**
FED: ST1:
DI / UC:
LOCAL: ST2:

**STATE AND LOCAL CODES**
PRI: WI LOC1: LOC3:
SEC: LOC2: LOC4:
LOC5:

IMPORTANT MESSAGE

HOURS AND EARNINGS

| DESCRIPTION | RATE | HOURS | EARNINGS |
|---|---|---|---|
| **CURRENT EARNINGS** | | | |
| REGULAR | 22.1299 | 80.00 | 1,770.39 |
| HOL ACCRUED | .0000 | 8.00 | .00 |
| **TOTAL CURRENT HOURS/EARNINGS** | | **88.00** | **1,770.39** |
| **YEAR-TO-DATE EARNINGS** | | | |
| REGULAR | | 331.50 | 7,336.05 |
| HOL ACCRUED | | 8.00 | .00 |
| HOL PAID | | 24.00 | 531.12 |
| HOL USED | | 4.50 | 99.58 |
| VACATION PAY | | 8.00 | 177.04 |
| PERSONAL | | 8.00 | 177.04 |
| MISC PD LEAVE | | 24.00 | 531.12 |
| **TOTAL YEAR-TO-DATE HOURS/EARNINGS** | | **408.00** | **8,851.95** |

TAXES AND DEDUCTIONS

| DESCRIPTION | CUR AMT | YTD AMT |
|---|---|---|
| SO SEC TAX | 107.57 | 537.85 |
| MEDICARE TAX | 25.16 | 125.79 |
| FED INC TAX | 66.15 | 333.81 |
| PRI-STATE TAX | 76.85 | 384.25 |
| **TOTAL TAXES** | **275.73** | **1,381.70** |

SPECIAL INFORMATION

| DESCRIPTION | AMOUNT |
|---|---|
| FURLOUGH BALANCE | .00 |
| HOL BALANCE | 22.00 |
| PERS BALANCE | 24.00 |
| SICK BALANCE | |
| VAC BALANCE | 86.00 |

PRE-TAX ITEMS

| DESCRIPTION | CUR AMT | YTD AMT |
|---|---|---|
| BUS PASS PROG | -4.62 | -23.10 |
| FLEX SPENDING | -30.77 | -153.85 |
| PENSION CONTR | -115.08 | -575.40 |
| 457 DEFR PLAN | -20.00 | -100.00 |
| **TOTAL PRE-TAX ITEMS** | **-170.47** | **-852.35** |

CURRENT NET PAY DISTRIBUTION

| | |
|---|---|
| XXXXXXXXXXXXX0028 | 1,324.19 |
| CHECK AMOUNT | .00 |
| **TOTAL CURRENT NET PAY** | **1,324.19** |

| | GROSS | PRE-TAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 1,770.39 | -170.47 | 1,599.92 | 275.73 | .00 | 1,324.19 |
| Y-T-D | 8,851.95 | -852.35 | 7,999.60 | 1,381.70 | .00 | 6,617.90 |

© 2019 Ceridian Corporation. All rights reserved.



The County of Milwaukee
901 N. 9th St, Rm 203

Milwaukee, WI 53233

CHECK NO: A34093
PAGE NUMBER: 1 of 1
CHECK DATE: 3/21/2019
PERIOD BEG/END: 02/24/2019 - 03/09/2019
PAY FREQUENCY: BI-WEEKLY

GATES,SONYA L
5744 N 69TH ST
MILWAUKEE, WI 53218

ID NUMBER: 2841133041
BASE RATE: 22.1299

| | STATUS | EXEMPT |
|---|---|---|
| FED: | MARRIED | 3 |
| ST1: | M | 3 |
| ST2: | | |

TAX ADJUSTMENTS:
FED: ST1:
DI / UC:
LOCAL: ST2:

STATE AND LOCAL CODES
PRI: WI LOC1: LOC3:
SEC: LOC2: LOC4:
LOC5:

IMPORTANT MESSAGE

HOURS AND EARNINGS

| DESCRIPTION | RATE | HOURS | EARNINGS |
|---|---|---|---|
| **CURRENT EARNINGS** | | | |
| REGULAR | 22.1299 | 72.00 | 1,593.35 |
| HOL USED | 22.1299 | 8.00 | 177.04 |
| **TOTAL CURRENT HOURS/EARNINGS** | | **80.00** | **1,770.39** |
| **YEAR-TO-DATE EARNINGS** | | | |
| REGULAR | | 403.50 | 8,929.40 |
| HOL ACCRUED | | 8.00 | .00 |
| HOL PAID | | 24.00 | 531.12 |
| HOL USED | | 12.50 | 276.62 |
| VACATION PAY | | 8.00 | 177.04 |
| PERSONAL | | 8.00 | 177.04 |
| MISC PD LEAVE | | 24.00 | 531.12 |
| MEDOPT SUPPTX | | | 500.00 |
| **TOTAL YEAR-TO-DATE HOURS/EARNINGS** | | **488.00** | **11,122.34** |

TAXES AND DEDUCTIONS

| DESCRIPTION | CUR AMT | YTD AMT |
|---|---|---|
| SO SEC TAX | 107.57 | 676.42 |
| MEDICARE TAX | 25.16 | 158.20 |
| FED INC TAX | 66.15 | 509.96 |
| PRI-STATE TAX | 76.85 | 490.30 |
| **TOTAL TAXES** | **275.73** | **1,834.88** |

SPECIAL INFORMATION

| DESCRIPTION | AMOUNT |
|---|---|
| FURLOUGH BALANCE | .00 |
| HOL BALANCE | 14.00 |
| PERS BALANCE | 24.00 |
| SICK BALANCE | |
| VAC BALANCE | 86.00 |

PRE-TAX ITEMS

| DESCRIPTION | CUR AMT | YTD AMT |
|---|---|---|
| BUS PASS PROG | -4.62 | -27.72 |
| FLEX SPENDING | -30.77 | -184.62 |
| PENSION CONTR | -115.08 | -690.48 |
| 457 DEFR PLAN | -20.00 | -120.00 |
| **TOTAL PRE-TAX ITEMS** | **-170.47** | **-1,022.82** |

CURRENT NET PAY DISTRIBUTION

| | |
|---|---|
| XXXXXXXXXXXXX0028 | 1,324.19 |
| CHECK AMOUNT | .00 |
| **TOTAL CURRENT NET PAY** | **1,324.19** |

| | GROSS | PRE-TAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 1,770.39 | -170.47 | 1,599.92 | 275.73 | .00 | 1,324.19 |
| Y-T-D | 11,122.34 | -1,022.82 | 10,099.52 | 1,834.88 | .00 | 8,264.64 |

© 2019 Ceridian Corporation. All rights reserved.

The County of Milwaukee
901 N. 9th St, Rm 203
Milwaukee, WI 53233

CHECK NO: A38004
PAGE NUMBER: 1 of 1
CHECK DATE: 4/4/2019
PERIOD BEG/END: 03/10/2019 - 03/23/2019
PAY FREQUENCY: BI-WEEKLY

GATES,SONYA L
5744 N 69TH ST
MILWAUKEE, WI 53218

ID NUMBER: 2841133041
BASE RATE: 22.1299

| | STATUS | EXEMPT |
|---|---|---|
| FED: | MARRIED | 3 |
| ST1: | M | 3 |
| ST2: | | |

TAX ADJUSTMENTS: FED: ST1: DI / UC: LOCAL: ST2:

STATE AND LOCAL CODES: PRI: WI LOC1: LOC3: SEC: LOC2: LOC4: LOC5:

IMPORTANT MESSAGE

HOURS AND EARNINGS

| DESCRIPTION | RATE | HOURS | EARNINGS |
|---|---|---|---|
| **CURRENT EARNINGS** | | | |
| REGULAR | 22.1299 | 80.00 | 1,770.39 |
| **TOTAL CURRENT HOURS/EARNINGS** | | **80.00** | **1,770.39** |
| **YEAR-TO-DATE EARNINGS** | | | |
| REGULAR | | 483.50 | 10,699.79 |
| HOL ACCRUED | | 8.00 | .00 |
| HOL PAID | | 24.00 | 531.12 |
| HOL USED | | 12.50 | 276.62 |
| VACATION PAY | | 8.00 | 177.04 |
| PERSONAL | | 8.00 | 177.04 |
| MISC PD LEAVE | | 24.00 | 531.12 |
| MEDOPT SUPPTX | | | 500.00 |
| **TOTAL YEAR-TO-DATE HOURS/EARNINGS** | | **568.00** | **12,892.73** |

TAXES AND DEDUCTIONS

| DESCRIPTION | CUR AMT | YTD AMT |
|---|---|---|
| SO SEC TAX | 107.57 | 783.99 |
| MEDICARE TAX | 25.15 | 183.35 |
| FED INC TAX | 66.15 | 576.11 |
| PRI-STATE TAX | 76.85 | 567.15 |
| **TOTAL TAXES** | **275.72** | **2,110.60** |

SPECIAL INFORMATION

| DESCRIPTION | AMOUNT |
|---|---|
| FURLOUGH BALANCE | .00 |
| HOL BALANCE | 14.00 |
| PERS BALANCE | 24.00 |
| SICK BALANCE | |
| VAC BALANCE | 86.00 |

PRE-TAX ITEMS

| DESCRIPTION | CUR AMT | YTD AMT |
|---|---|---|
| BUS PASS PROG | -4.62 | -32.34 |
| FLEX SPENDING | -30.77 | -215.39 |
| PENSION CONTR | -115.08 | -805.56 |
| 457 DEFR PLAN | -20.00 | -140.00 |
| **TOTAL PRE-TAX ITEMS** | **-170.47** | **-1,193.29** |

CURRENT NET PAY DISTRIBUTION

| | |
|---|---|
| XXXXXXXXXXXX0028 | 1,324.20 |
| CHECK AMOUNT | .00 |
| **TOTAL CURRENT NET PAY** | **1,324.20** |

| | GROSS | PRE-TAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 1,770.39 | -170.47 | 1,599.92 | 275.72 | .00 | 1,324.20 |
| Y-T-D | 12,892.73 | -1,193.29 | 11,699.44 | 2,110.60 | .00 | 9,588.84 |

© 2019 Ceridian Corporation. All rights reserved.




The County of Milwaukee
901 N. 9th St, Rm 203
Milwaukee, WI 53233

**CHECK NO:** A41851
**PAGE NUMBER:** 1 of 1
**CHECK DATE:** 4/18/2019
**PERIOD BEG/END:** 03/24/2019 - 04/06/2019
**PAY FREQUENCY:** BI-WEEKLY

GATES,SONYA L
5744 N 69TH ST
MILWAUKEE, WI 53218

**ID NUMBER:** 2841133041
**BASE RATE:** 22.1299

| | STATUS | EXEMPT |
|---|---|---|
| FED: | MARRIED | 3 |
| ST1: | M | 3 |
| ST2: | | |

**TAX ADJUSTMENTS:** FED: ST1: DI / UC: LOCAL: ST2:

**STATE AND LOCAL CODES:** PRI: WI LOC1: LOC3: SEC: LOC2: LOC4: LOC5:

IMPORTANT MESSAGE

HOURS AND EARNINGS

| DESCRIPTION | RATE | HOURS | EARNINGS |
|---|---|---|---|
| **CURRENT EARNINGS** | | | |
| REGULAR | 22.1299 | 72.00 | 1,593.35 |
| HOL PAID | 22.1299 | 8.00 | 177.04 |
| **TOTAL CURRENT HOURS/EARNINGS** | | **80.00** | **1,770.39** |
| **YEAR-TO-DATE EARNINGS** | | | |
| REGULAR | | 555.50 | 12,293.14 |
| HOL ACCRUED | | 8.00 | .00 |
| HOL PAID | | 32.00 | 708.16 |
| HOL USED | | 12.50 | 276.62 |
| VACATION PAY | | 8.00 | 177.04 |
| PERSONAL | | 8.00 | 177.04 |
| MISC PD LEAVE | | 24.00 | 531.12 |
| MEDOPT SUPPTX | | | 500.00 |
| **TOTAL YEAR-TO-DATE HOURS/EARNINGS** | | **648.00** | **14,663.12** |

TAXES AND DEDUCTIONS

| DESCRIPTION | CUR AMT | YTD AMT |
|---|---|---|
| SO SEC TAX | 107.57 | 891.56 |
| MEDICARE TAX | 25.16 | 208.51 |
| FED INC TAX | 66.15 | 642.26 |
| PRI-STATE TAX | 76.85 | 644.00 |
| **TOTAL TAXES** | **275.73** | **2,386.33** |

SPECIAL INFORMATION

| DESCRIPTION | AMOUNT |
|---|---|
| FURLOUGH BALANCE | .00 |
| HOL BALANCE | 14.00 |
| PERS BALANCE | 24.00 |
| SICK BALANCE | |
| VAC BALANCE | 86.00 |

PRE-TAX ITEMS

| DESCRIPTION | CUR AMT | YTD AMT |
|---|---|---|
| BUS PASS PROG | -4.62 | -36.96 |
| FLEX SPENDING | -30.77 | -246.16 |
| PENSION CONTR | -115.08 | -920.64 |
| 457 DEFR PLAN | -20.00 | -160.00 |
| **TOTAL PRE-TAX ITEMS** | **-170.47** | **-1,363.76** |

CURRENT NET PAY DISTRIBUTION

| | |
|---|---|
| XXXXXXXXXXXXX0028 | 1,324.19 |
| CHECK AMOUNT | .00 |
| **TOTAL CURRENT NET PAY** | **1,324.19** |

| | GROSS | PRE-TAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 1,770.39 | -170.47 | 1,599.92 | 275.73 | .00 | 1,324.19 |
| Y-T-D | 14,663.12 | -1,363.76 | 13,299.36 | 2,386.33 | .00 | 10,913.03 |

© 2019 Ceridian Corporation. All rights reserved.